```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 13-4278 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Lavella Williams, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Lavella Williams, in the principal amount of $1,697.00 plus interest accrued to June 11, 2013, in the sum of $1,688.01; with interest accruing thereafter at 3% annually until entry of judgment, administration costs in the amount of $21.49, for a total amount of **$3,406.50**.

DATED: July 15, 2013          By: TERRY NAFISI
                                  Clerk of the Court

                              /s/ Jenny Lam
                                  Deputy Clerk
                              United States District Court